```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

MAMBERTO REAL,

    Plaintiff,

v.                              Case No: 2:18-cv-331-JES-NPM

MICHAEL PERRY, individual capacity,

    Defendant.

_____

## OPINION AND ORDER

    This matter comes before the Court on consideration of the motion made by Defendant under Rule 50(a) of the Federal Rules of Civil Procedure for judgment as a matter of law.  Defendant's motion was made orally at the conclusion of Plaintiff's case.  Defendant requested the Court enter judgment as a matter of law based on his claim for qualified immunity.  The Court took the motion under advisement and Defendant proceeded to present his case.  The jury returned a verdict in favor of Defendant, finding that there had been no constitutional violation.  Defendant's motion for judgment as a matter of law is therefore moot.

    Accordingly, it is now

    **ORDERED:**

Defendant's Rule 50 motion is denied as moot.

**DONE and ORDERED** at Fort Myers, Florida, this ___3rd___ day of December, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record